An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SANDOVAL EZEQUIEL JACOBO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62756

**FILED**

SEP 1 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



### ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of battery of a police officer with substantial bodily harm. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Appellant Sandoval Ezequiel Jacobo contends that the district court abused its discretion at sentencing by relying on highly suspect and impalpable evidence. Specifically, Jacobo argues that the Division of Parole and Probation's sentencing recommendation was highly suspect because it was not in accordance with his probation success probability form. We disagree. NAC 213.590(2) does not require that the Division's recommendation be consistent with an individual's probability success score, nor is the district court required to accept the Division's recommendation, *Collins v. State*, 88 Nev 168, 171, 494 P.2d 956, 957 (1972). Jacobo's prison term of 43-108 months falls within the parameters provided by the relevant statute, *see* NRS 200.481(2)(c), and we conclude

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27758

that the district court did not abuse its discretion at sentencing. *Parrish v. State*, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Michael Montero, District Judge
     Humboldt County Public Defender
     Attorney General/Carson City
     Humboldt County District Attorney
     Humboldt County Clerk